**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

DARCI BRAZ,                                            Case No.: 10-CV-14221-CIV-MARTINEZ/LYNCH

      Plaintiffs,

vs.

RECEIVABLES MANAGEMENT
BUREAU, INC.,

      Defendant.                    /

## STIPULATION FOR DISMISSAL

All matters and things in dispute having been adjusted and settled between the Plaintiff and Defendant, RECEIVABLES MANAGEMENT BUREAU, INC., it is

STIPULATED AND AGREED by the parties hereto relating to the claims between Plaintiff, and Defendant, RECEIVABLES MANAGEMENT BUREAU, INC., asserted in this litigation, including claims for attorney's fees and costs, be dismissed with prejudice.

| | |
|---|---|
| *s/Alex Weisberg* | *s/Barbara Fernandez* |
| Alex Weisberg, Esq. | David P. Hartnett |
| WEISBERG & MEYERS, LLC | Florida Bar No. 0946631 |
| 5722 S. Flamingo Rd. | dhartnett@hinshawlaw.com |
| Suite 656 | Barbara Fernandez |
| Cooper City, FL  33330 | Florida Bar No. 0493767 |
| Attorneys for Plaintiff | bfernandez@hinshawlaw.com |
| | HINSHAW & CULBERTSON LLP |
| | 9155 S. Dadeland Boulevard |
| | Suite 1600 |
| | Miami, Florida 33156-2741 |
| | Telephone: 305-358-7747 |
| | Facsimile: 305-577-1063 |
| | Attorneys for Defendant |

Case No.: 10-CV-14221 Martinez/Lynch

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

ALEX WEISBERG, ESQ.
WEISBERG & MEYERS, LLC
5722 S. Flamingo Rd.
Suite 656
Cooper City, FL  33330

*s/Barbara Fernandez*
David P. Hartnett
Florida Bar No. 0946631
dhartnett@hinshawlaw.com
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Boulevard
Suite 1600
Miami, Florida 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant

2

14493624v1 0916424 07791