UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division
**Case Number: 10-14221-CIV-MARTINEZ-LYNCH**

DARCI BRAZ,
    Plaintiff,

vs.

RECEIVABLES MANAGEMENT BUREAU,
INC.,
    Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Stipulation for Dismissal (D.E. No. 17). It is:

**ADJUDGED** that this action is **DISMISSED with prejudice.**[1] The parties have agreed that all liens and subrogated interests are to be paid by the Plaintiff out of the proceeds of the settlement in this case. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 day of December, 2010.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record

---

[1] This includes any and all claims for attorneys' fees and costs.